**Order entered September 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00263-CR

### MATHEW CLAYTON HELGET, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-41618**

## ORDER

Before the Court is appellant's September 20, 2018 second motion for an extension of the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **October 3, 2018**. If appellant's brief is not filed by October 3, 2018, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     CRAIG STODDART
        JUSTICE